# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   CAROLE E. TURNER
5105 PINE ROCK AVENUE
LOVES PARK, IL  61111

Case Number: 04-73529

SSN-xxx-xx-6434

|  | |
|---|---|
| Case filed on: | 7/13/2004 |
| Plan Confirmed on: | 9/10/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,050.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 004 | INTERNAL REVENUE SERVICE | 572.51 | 572.51 | 572.51 | 0.00 |
|  | Total Priority | 572.51 | 572.51 | 572.51 | 0.00 |
|  |  |  |  |  |  |
| 999 | CAROLE E. TURNER | 0.00 | 0.00 | 450.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 450.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | WINNEBAGO COUNTY TREASURER | 355.00 | 50.90 | 50.90 | 70.69 |
|  | Total Secured | 355.00 | 50.90 | 50.90 | 70.69 |
|  |  |  |  |  |  |
| 001 | NATIONWIDE ACCEPTANCE | 2,387.75 | 2,387.75 | 244.95 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 4,478.23 | 4,478.23 | 460.26 | 0.00 |
| 005 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALPINE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN FAMILY PUBLISHERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICAN HUMANE SOCIETY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ARN CHIROPRACTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ARROW SERVICE BUREAU, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ATTORNEY TERRY HOSS & | 158.55 | 158.55 | 16.04 | 0.00 |
| 014 | ATLAS EDITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BAKER MILLER MARKOFF & KRASNY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BMG MUSIC SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BRAGG RADIATOR SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | BROADWAY FLORIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CAPITAL ONE | 510.04 | 510.04 | 51.55 | 0.00 |
| 020 | CASH BOX | 612.50 | 612.50 | 52.69 | 0.00 |
| 021 | CATNIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CHECK OFFENDER PROGRAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CITI FINANCIAL MORTGAGE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | COLLECT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | COMMERCIAL UNIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | COMED CO | 849.58 | 849.58 | 108.94 | 0.00 |
| 029 | COMPUTER CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | COSMETIQUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CREDIT BUREAU OF NORTH WEST ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | CROPP'S DORR SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | DEBORAH SHIPMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | DENNIS TIBBITTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | DONALD L. NAKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | DR. EUGENE BRANDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | DR. IMAD AL-BASHA | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | DR. JOANNE HOLLOKA | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | DR. KENNETH BALIDA | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | DR. MARK LUNDINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | DR. RIZVI | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | DYMACOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | EAGLE FOOD CENTERS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | FRANKLIN MINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | GALLENT INSURANCE / WARRIOR | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

| | | | | | |
|---|---|---|---|---|---|
| 049 | HARVARD COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | HILLCREST ANIMAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | HULSEBUS CHIROPRACTIC CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | INTERNATIONAL CORRESPONDENCE SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | JACK MULE | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | KURT F. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | LARRY GIBBLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | LEGENDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | SCHNUCKS MARKETS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | LOUIS ANDRIA, D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | LOVES PARK WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | MARATHON OIL CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | MAX RECOVERY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | NANCY ROODHOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | NECTARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | NICHOLAS CARY, D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | NICOR GAS | 606.65 | 606.65 | 52.18 | 0.00 |
| 073 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | PAT'S LICENSE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | PAYCO GENERAL AMERICAN CREDITS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | PCNI-PCLS.N IL, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | RIVERSIDE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | RIVERSIDE MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | RMH EMERGENCY DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | ROCK COUNTY PSYCHIATRIC HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 087 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 088 | ROCKFORD ASSOCIATED PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 089 | ROCKFORD E A S | 0.00 | 0.00 | 0.00 | 0.00 |
| 090 | ROCKFORD GASTROENTEROLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 091 | ROCKFORD HEALTH SYSTEMS/ | 1,891.11 | 1,891.11 | 184.11 | 0.00 |
| 092 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 093 | ROCKFORD MERCANTILE AGENCY INC | 252.30 | 252.30 | 23.71 | 0.00 |
| 094 | ROCKFORD RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 095 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 096 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 097 | RON NAKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 098 | SBC CORPORATION | 800.47 | 800.47 | 108.06 | 0.00 |
| 099 | SPECIALTY LABORATORIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 100 | STATE OF IL. DEPT. OF EMP. SEC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | SUNSTAR ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | SURE-TEL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 103 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 104 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 105 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 106 | THE CASH STORE | 216.43 | 216.43 | 16.01 | 0.00 |
| 107 | THE STADIUM LOUNGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 108 | THE TEETH PEOPLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 109 | TINTARI RIEBE SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 110 | TV GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 112 | MAX RECOVERY TRUST I | 250.21 | 250.21 | 23.50 | 0.00 |
| | Total Unsecured | 13,013.82 | 13,013.82 | 1,342.00 | 0.00 |
| | Grand Total: | 15,305.33 | 15,001.23 | 3,779.41 | 70.69 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $3,850.10 |
| Trustee Allowance: | $199.90 |
| Percent Paid Unsecured: | 10.31 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 07/30/2008                    By  /s/Heather M. Fagan